Lewis N. Stoddard, ISB No. 7766
HALLIDAY WATKINS & MANN, P.C.
702 W. Idaho St., Suite 1100
Boise, ID 83702
Telephone: (208) 670-8001

lewis@hwmlawfirm.com

Attorney for Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>KA INVESTMENTS, INC.<br><br>Debtor<br><hr><br>NOAH HILLEN, as Chapter 7 Trustee of the estate of KA Investments, Inc.,<br><br>    Plaintiff<br><br>vs.<br><br>ROBERTA LEATHAM, an individual; and John Doe 1-10.<br><br>    Defendant. | Chapter 7<br><br>Case No. 17-00495-TLM<br><br>Adv. No. 19-06036-TLM<br><br>**STIPULATION TO DISMISS** |

COMES NOW, Noah Hillen, as Chapter 7 Trustee ("Trustee") of the consolidated estate of debtor KA Investments, Inc. and non-debtor Rodney D. Allen (collectively the "Debtor"), by and through his attorney of record, Lewis N. Stoddard and Defendant Roberta Leatham, by and through her attorney of record Kaleena M. Beck and pursuant to F.R.C.P. 41(a)(1)(A)(ii) and F.R.B.P. 7041, do hereby stipulate to dismissal of the above-captioned Adversary Action where

**STIPULATION TO DISMISS - 1**

the foregoing matter has been resolved through Compromise, which was approved by the Bankruptcy Court under Rule 9019 on April 21, 2020 (Doc # 406).

Dated this April 21, 2020.

                                       /s/ Lewis N. Stoddard
                                       LEWIS N. STODDARD
                                       Attorney for Trustee

Dated this April 23, 2020.

                                       /s/ Kaleena M. Beck
                                       KALEENA M. BECK
                                       Attorney for Defendant Roberta M. Leatham

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2020 I caused to be served a true copy of the foregoing, by the method indicated below, and addressed to each of the following:

| Kaleena M. Beck | ☐ U.S. Mail |
| | ☐ Overnight Mail |
| | ☐ Hand Delivery |
| | ☐ Facsimile |
| | ☒ ECF/Email |

                                       /s/ Lewis N. Stoddard

Dated:  April 23, 2020

**STIPULATION TO DISMISS - 2**